1  Jeffrey G. Sheldon (SBN 67516)
2  jgsheldon@usip.com
   William D. Bowen (SBN 254398)
3  William.bowen@usip.com
4  SHELDON MAK & ANDERSON PC
   100 Corson Street, Third Floor
5  Pasadena, California  91103-3842
6  Telephone: 626.796.4000
   Facsimile: 626.795.6321
7
8  Attorneys for Plaintiffs May Cheong Toy Products
   Factory Limited and Maisto International, Inc.
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY CHEONG TOY PRODUCTS FACTORY LIMITED., a Hong Kong private limited company, and MAISTO INTERNATIONAL, INC., a California corporation,<br><br>              Plaintiffs,<br><br>       vs.<br><br>AUTOTEC SALES INC., a California corporation, XIN YU ARTS TOYS CO., LTD., a Chinese limited liability company and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.:  CV12-09441 ABC (CWx)<br><br>**[~~PROPOSED~~] ORDER (REVISED) RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:  December 3, 2012**<br>**Time:  10:00 a.m.**<br>**Courtroom: 680**<br><br>**Trial Date: None** |

[PROPOSED] ORDER (REVISED) RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1  The Court having reviewed Plaintiffs' Motion for Preliminary Injunction and
2  the declarations and exhibits in support thereof, finds that preliminary injunctive
3  relief is warranted.  Plaintiffs' motion is GRANTED and the Court Orders as
4  follows:
5  　　　1.　　Defendant Autotec Sales Inc., its officers, agents, employees, and
6  those acting in concert or conspiracy with it, including its customers and suppliers,
7  are hereby enjoined during the pendency of this action from:
8  　　　　　　(a)　　infringing, or contributing to or participating in the
9  infringement by others including by inducing infringement, of any of the
10 copyrights named in the Complaint in this case (the "Muscle Machines"), or acting
11 in concert with, aiding and abetting others to infringe any of said copyrights in any
12 way;
13 　　　　　　(b)　　manufacturing, copying, duplicating, selling, renting,
14 marketing, leasing, distributing, or otherwise disposing of any unauthorized copies
15 of the Muscle Machines, and in particular any unauthorized copies of the vehicles
16 shown in Exhibits 2-4;
17 　　　　　　(c)　　instructing any person, requesting any person, or ordering
18 from any person any copies of the Muscle Machines to be shipped to any person,
19 including the XQ machines identified in Exhibits 2 -4; and
20 　　　　　　(d)　　licensing or obtaining a license for any person to make
21 copies of the Muscle Machines to be shipped to any person, including the XQ
22 machines identified in Exhibits 2-4.
23 　　　2.　　Defendant shall be required to deliver upon oath, to be impounded
24 during the pendency of this action and maintained in storage until the conclusion of
25 this case, all copies of the Muscle Machines related thereto in its possession, held
26 for delivery to it or under its control, under whatever name of the subject as may
27
28

1  have been affixed thereto, which infringe or which may have been used to infringe
2  any of Plaintiffs' copyrights or exclusive rights under copyright.

Dated: December 3, 2012

_____
Hon. Audrey B. Collins

-2-
[PROPOSED] ORDER (REVISED) RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION